*In re* INGLES' WILL.

*(Supreme Court, General Term, Fourth Department.* November, 1889.)

Declined to hear, as the case contains no findings of fact by the surrogate.

---

WITMAR, Appellant, *v.* HAGEN, Respondent.

*(Supreme Court, General Term, Fifth Department.* October, 1889.)

Order reversed, with $10 costs and disbursements.

---

FOSTER, Appellant, *v.* MEENOGH, Respondent.

*(Common Pleas of New York City and County, General Term.* June 27, 1889.)

*F. S. Turner,* for appellant.    *W. J. Nicholson,* for respondent.

No opinion.    Judgment affirmed, with costs.

---

COCKS, Respondent, *v.* NAYLOR, Appellant.

*(Common Pleas of New York City and County, General Term.* June 27, 1889.)

*Jay V. Candler,* for respondent.    *E. S. Clich,* for appellant.

No opinion.    Judgment affirmed, with costs.

---

PHELAN, Respondent, *v.* CLARK, Appellant.

*(Common Pleas of New York City and County, General Term.* June 27, 1889.)

*A. H. Reavy,* for respondent.    *Clarke & Culver,* for appellant.

No opinion.    Judgment reversed; new trial ordered; costs to abide event.

---

LEWIS, Respondent, *v.* HERRMAN, Appellant.

*(Common Pleas of New York City and County, General Term.* June 27, 1889.)

*N. Lewis,* for respondent.    *C. Goldfogle,* for appellant.

No opinion.    Judgment reversed, and new trial ordered; costs to abide the event.

---

SCULLY, Respondent, *v.* CULVER, Appellant.

*(Common Pleas of New York City and County, General Term.* June 27, 1889.)

*S. E. Duffy,* for respondent.    *Clarke & Culver,* for appellant.

No opinion.    Judgment affirmed, with costs.

---

HEYWOOD, Respondent, *v.* LILLIE, Appellant.

*(Common Pleas of New York City and County, General Term.* June 27, 1889.)

*R. Lyon,* for respondent.    *Wm. Tyler,* for appellant.

No opinion.    Judgment affirmed, with costs.